UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ALINA NORCOM**, | Case No. 3:13-cv-2252-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **LEASE FINANCE GROUP, LLC;** **JOSEPH I SUSSMAN, PC**, | |
| Defendants. | |

    Keith D. Karnes
    Karnes Law Offices, PC
    1860 Hawthorne Ave. NE Suite 10
    Salem, OR 97301

    E. Clarke Balcom
    Clarke Balcom, PC
    1312 SW 16th Ave., 2nd Floor
    Portland, OR 97201

        Attorneys for Plaintiff

Page 1 - JUDGMENT

    Lee C. Nusich
    Brian T. Kiolbasa
    Lane Powell PC
    601 SW Second Ave., Suite 2100
    Portland, OR 97204-3158

        Attorneys for Defendants

KING, Judge:

    Based on the Court's OPINION AND ORDER,

    **IT IS ADJUDGED** that the action is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED this   17th   day of June, 2014.

                               /s/ Garr M. King
                                Garr M. King
                                United States District Judge